UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ONE FIRST MANAGEMENT, LLC,

                Plaintiff,

– against –

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

**ORDER**

23-cv-02548 (ER)

Ramos, D.J.:

      At a hearing on December 6, 2023, the Court granted Mt. Hawley permission to move for leave to amend its answer. Mt. Hawley filed the motion on January 3, 2024, Doc. 36, and Capital One responded on January 24, 2024, Doc. 38. Mt. Hawley's reply brief was due on February 14, 2024, but no reply has been submitted. If Mt. Hawley wishes to file a reply, it must do so by June 10, 2024. If it does not, the Court will treat the motion as fully briefed.

It is SO ORDERED.

Dated:    June 3, 2024
            New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.