UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ONE FIRST MANAGEMENT, LLC,

           Plaintiff,

– against –

MT. HAWLEY INSURANCE COMPANY,

           Defendant.

**ORDER**

23-cv-02548 (ER)

Ramos, D.J.:

    On June 4, 2024, the parties filed a joint stipulation of dismissal. Doc. 40. That filing, however, was rejected as deficient by the Clerk's Office. The parties are directed to resubmit a corrected stipulation by June 28, 2024.

It is SO ORDERED.

Dated:   June 21, 2024
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.